1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC    )<br>                                                                     )<br>            Plaintiff,                           )<br>                                                                     )<br>vs.                                                            )<br>                                                                     )<br>LOUIS JAVIER QUINTANA ALVAREZ    )<br>and JOSE ERNESTO ZELAYA, individually )<br>and d/b/a LA HUACANA,                    )<br>                                                                     )<br>            Defendants.                         )<br>            JURY TRIAL DEMANDED    )<br>                                                                     )<br>                                                                     )<br>                                                                     )<br>                                                                     )<br>                                                                     )<br>_____   ) | Case No.: 1:13-cv-01436-AWI-MJS<br><br>**ORDER TO CONTINUE HEARING ON<br>MOTION TO QUASH SUBPOENA TO<br>AUGUST 29, 2014, AT 9:30 A.M.** |

        **GOOD CAUSE APPEARING**, it is hereby ordered that the stipulation of G & G Closed

Circuit Events, LLC and defendants Louis Javier Quintana Alvarez and Jose Ernesto Zelaya to

continue the hearing on the plaintiff's motion to quash subpoena to August 29, 2014, at 9:30 a.m.

is hereby granted.


IT IS SO ORDERED.


        Dated:    July 2, 2014                          /s/ *Michael J. Seng*

                                                                    UNITED STATES MAGISTRATE JUDGE

---
*[proposed] Order to Continue Hearing on Motion to Motion to Quash Subpoena to 8/29/2014*                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28