Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, | Case No.: 1:13-cv-01436-AWI-MJS |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO WITHDRAW *EX PARTE* MOTION TO QUASH SUBPOENA |
| vs. | |
| LOUIS JAVIER QUINTANA ALVAREZ, et al., | |
| Defendants. | |

THIS MATTER having come before the Court on the Stipulation of the parties to Withdraw Plaintiff's *Ex Parte* Motion to Quash Subpoena, and the Court having considered the pleadings and been otherwise advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's *Ex Parte* Motion to Quash Subpoena is **WITHDRAWN**, and the hearing scheduled for August 29, 2014 at 9:30 a.m. be and hereby is **VACATED**.

IT IS SO ORDERED.

Dated:   July 29, 2014                             /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28