**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LOUIS JAVIER QUINTANA ALVAREZ and JOSE ERNESTO ZELAYA, individually and d/b/a LA HUACANA,<br><br>　　　　　Defendants.<br>_____/ | 1:13-cv-001436-AWI-MJS<br><br>**ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

　　　On July 1, 2014, Defendants Louis Javier Quintana Alvarez and Jose Ernesto Zelaya filed a motion for summary judgment. Plaintiff G&G Closed Circuit Events, LLC, filed an opposition on September 15, 2014. Defendants filed a reply on September 22, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of September 29, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:　September 23, 2014　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SENIOR　DISTRICT　JUDGE

1