Thomas P. Riley, SBN 66599
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC.<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS JAVIER QUINTANA ALVAREZ, ET AL.,<br><br>Defendants. | CASE NO. 1:13-cv-01436-AWI-MJS<br><br>STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS LOUIS JAVIER QUINTANA ALVAREZ, and JOSE ERNESTO ZELAYA, individually and d/b/a LA HUACANA |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC, and Defendants LOUIS JAVIER QUINTANA ALVAREZ, and JOSE ERNESTO ZELAYA, individually and d/b/a LA HUACANA, that the above-entitled action is hereby dismissed **with prejudice** against LOUIS JAVIER QUINTANA ALVAREZ, and JOSE ERNESTO ZELAYA, individually and d/b/a LA HUACANA,.

///

///

///

///

///

///

///

**PAGE 1**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: October 10, 2014          *s/Thomas P. Riley*
                                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                 By:  Thomas P. Riley
                                 Attorneys for Plaintiff
                                 G & G CLOSED CIRCUIT EVENTS, LLC

Dated: October 10, 2014          *s/Matthew A. Pare*
                                 **LAW OFFICES OF MATTHEW PARE, APC**
                                 By: Matthew A. Pare
                                 Attorney for Defendants
                                 LOUIS JAVIER QUINTANA ALVAREZ, and JOSE
                                 ERNESTO ZELAYA, individually and d/b/a LA HUACANA

IT IS SO ORDERED.

Dated:   October 15, 2014         _____
                                  SENIOR  DISTRICT  JUDGE

**PAGE 2**